FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. MORGAN, | No. 4:18-CV-05158-SMJ |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |
| HARRY JOHNSON PLUMBING & EXCAVATION INC., COBURN CONTRACTORS LLC, HARTFORD FIRE INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

Before the Court, without oral argument, is Plaintiff's Motion for Leave to File Second Amended Complaint, ECF No. 15. Pursuant to Federal Rule of Civil Procedure 15(a)(2), "[A] party may amend its pleading only with the opposing party's written consent or with the court's leave. The court should freely give leave when justice so requires." This policy is "to be applied with extreme liberality." *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (quoting *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990)).

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

In *Foman v. Davis*, 371 U.S. 178 (1962), the Supreme Court offered the following factors a district court should consider in deciding whether to grant leave to amend:

> In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be "freely given."

*Id.* at 182. *See also Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990).

Plaintiff seeks to (1) amend the Plaintiff's name, (2) amend the relevant time period, (3) correct the surety for the fourth and fifth causes of action, and (4) plead additional facts as to notice for the Miller Act claim. ECF No. 15 at 2–3. The motion is timely; the Court has not yet held a telephonic scheduling conference to determine the deadline to amend pleadings. Additionally, there is no evidence indicating that amendment should not be "freely given." *See Foman*, 371 U.S. at 182.

Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Motion for Leave to File Second Amended Complaint, **ECF No. 15**, is **GRANTED**. Future motions for leave to file an amended complaint will be closely scrutinized.

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT - 2

**2.** Plaintiff shall file its Second Amended Complaint, ECF No. 15-1, and related exhibits no later than **November 21, 2018**.

**3.** Defendants' Motion to Dismiss, **ECF No. 13**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT - 3