AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 03, 2020
SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES for the use of Mark A. Morgan doing business as Morgan Industries Paving and Landscaping,<br>*Plaintiff*<br>v.<br>Harry Johnson Plumbing & Excavation Inc., a Washington corporation; Coburn Contractors, LLC, an Alabama limited liability company, Hartford Fire Insurance Company, Connecticut company; and Nationwide Mutual Insurance Company, an Ohio company,<br>*Defendant* | Civil Action No. 4:18-cv-05158-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment Pursuant to Fed. R. 56, ECF No. 56, is GRANTED. Plaintiff's claims for breach of contract against HJPE, quantum meruit against HJPE, unjust enrichment against HJPE, and under the Miller Act against Hartford are DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendants HJPE and Hartford.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, JR. on a motion for Summary Judgment.

Date: April 3, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore