AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2020

SEAN F. McAVOY, CLERK

United States for the use of MARK A. MORGAN, doing business as Morgan Industries Paving and Landscaping,

*Plaintiff*

v.

Harry Johnson Plumbing & Excavation INC., a Washington corporation; Coburn Contractors, LLC, an Alabama limited liability company, Hartford Fire Insurance Company, a Connecticut company; and Nationwide Mutual Insurance Company, an Ohio company,

*Defendant*

Civil Action No. 4:18-cv-05158-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Correct Clerical Mistake Pursuant to Fed. R. Civ. P. 60(a), ECF No. 74, is GRANTED. The Court clarifies that Plaintiff's claim under the Miller Act against Nationwide is DISMISSED WITH PREJUDICE. Judgment entered in favor of Defendant Nationwide.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for Summary Judgment.

Date: May 18, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore