AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2020

SEAN F. McAVOY, CLERK

United States for the use of MARK A. MORGAN, doing business as Morgan Industries Paving and Landscaping,

*Plaintiff*

v.

Harry Johnson Plumbing & Excavation INC., a Washington corporation; Coburn Contractors, LLC, an Alabama limited liability company, Hartford Fire Insurance Company, a Connecticut company; and Nationwide Mutual Insurance Company, an Ohio Company,

*Defendant*

Civil Action No. 4:18-cv-05158-SMJ

## SUPPLEMENTAL JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Granting Motion for Judgment and Motion to Clarify and Amending Prior Orders entered on June 5, 2020, ECF No. 90, judgment is entered against the Plaintiff and in favor of Defendant Harry Johnson Plumbing & Excavation, Inc. in the total amount of $108,602.70, which total amount consists of the following: $5,476.50 in attorney fees and costs awarded in the Court's April 7, 2020 Order Granting in Part Motion for Sanctions and Attorney Fees; $101,476.50 in attorney fees awarded in the Court's Order Granting in Part and Denying in Part Motion for Attorney Fees and Costs, ECF No. 83; and $1,103.75 in expert witness fees awarded in ECF No. 83.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. .

Date: June 5, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore